UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESUS MANUEL CERVANTES-
MUNOZ,

        Petitioner,

v.

KEVIN RAYCRAFT, *et. al.*,

        Respondents.

_____ /

Case No. 26-10661

Hon. F. Kay Behm
United States District Judge

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to the

Court's Opinion and Order granting the Petition for a Writ of Habeas

Corpus, this case is closed.  This is a final order.

**SO ORDERED**.


Date: April 28, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1